IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| DARRON HENDERSON<br>a/k/a "Buddha" | : | VIOLATION: |
| | : | 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about December 10, 2019, in Yeadon, in the Eastern District of Pennsylvania, defendant

**DARRON HENDERSON,**
a/k/a "Buddha,"

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus, model G2C, 9mm semi-automatic pistol, with an obliterated serial number restored to TMS75560, loaded with 13 live rounds of 9mm ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, defendant

**DARRON HENDERSON,**
a/k/a "Buddha,"

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such violation, including, but not limited to:

1. a Taurus, model G2C, 9mm semi-automatic pistol, with an obliterated serial number restored to TMS75560; and

2. thirteen live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_Salvatore L. Astolfi fw_
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

DARRON HENDERSON
a/k/a "Buddha"

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture



Foreman

Filed in open court this _____ day,
Of _____ A.D. 20\_\_\_\_

_____
Clerk

Bail, $_____